# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

Lodgepole Investments, LLC, et al.
  Plaintiff (s),
V.
Paul Barsky
  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-CV-00549 -KAW

Notice is hereby given that, subject to approval by the court, __Paul Barksy__ substitutes
(Party (s) Name)

__Nabil Abu-Assal__, State Bar No. __136764__ as counsel of record in
(Name of New Attorney)

place of __Robert J. Muller__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name: Cypress LLP
  Address: 11111 Santa Monica Blvd., Ste. 500, Los Angeles, CA 90025
  Telephone: (424) 901-0123     Facsimile (424) 750-5100
  E-Mail (Optional): nabil@cypressllp.com

I consent to the above substitution.
Date: 2/25/2015
(Signature of Party (s))

I consent to being substituted.
Date: 2/25/2015
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/25/2015
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.
Date: 3/2/15
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]