# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ District of _____ CALIFORNIA _____

Lodgepole Investments, LLC, et al.

Plaintiff (s),

V.

Paul Barsky

Defendant (s),

**CONSENT ORDER GRANTING
SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-CV-00549 - _KAW_

Notice is hereby given that, subject to approval by the court, Paul Barsky substitutes

(Party (s) Name)

Hyura Choi _____, State Bar No. 240533 as counsel of record in

(Name of New Attorney)

place of Robert J. Muller _____.

(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Cypress LLP

Address: 11111 Santa Monica Blvd., Suite 500, Los Angeles, CA 90025

Telephone: (424) 901-0123 Facsimile (424) 750-5100

E-Mail (Optional): hyura@cypressllp.com

I consent to the above substitution.

Date: 2/25/2015

(Signature of Party (s))

I consent to being substituted.

Date: 2/25/2015

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/25/2015

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 3/2/15

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]